**Opinion filed November 6, 2014**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00203-CR & 11-14-00204-CR

_____

## RICKY JOSEPH MARTINEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause Nos. 18566B & 19069B**

## M E M O R A N D U M   O P I N I O N

Ricky Joseph Martinez, Appellant, has filed a motion for voluntary dismissal in each appeal. In the motions, he "asks this Court to grant a voluntary dismissal of his appeal." In accordance with TEX. R. APP. P. 42.2, the motions are signed by Appellant's counsel, and an attachment to each motion is signed by Appellant.

The motions are granted, and the appeals are dismissed.

November 6, 2014                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.